IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEREMIAH WENDEL STEVENS,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

4:26CV3037

ORDER

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis.  Filing No. 2.  Having reviewed the affidavit, the Court finds Plaintiff should be permitted to proceed in forma pauperis.  *See* 28 U.S.C. § 1915.  Accordingly,

IT IS ORDERED:

1.     Plaintiff's application to proceed in forma pauperis, Filing No. 2, is granted.  The complaint shall be filed without payment of fees.

Dated this 8th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge